UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE:   TRAVIS JAMES MARTIN                             CASE NO. 16-51621
                                                         CHAPTER 7

## MOTION FOR RELIEF FROM AUTOMATIC STAY

The motion of WELLS FARGO BANK, N.A. ("Movant"), a secured creditor, respectfully represents:

1.

The Debtors in the above entitled and numbered case filed a voluntary petition for relief under the provisions of Chapter 7 of the United States Bankruptcy Code on November 29, 2016.

2.

This Honorable Court has jurisdiction over this matter pursuant to the provisions of <u>inter alia</u> 11 U.S.C. 362 and 28 U.S.C. 157 and 1334.

3.

Movant is the entity entitled to enforce a note in the original principal amount of $250,000.00, dated January 10, 2014 executed by Travis J Martin, and secured by a mortgage, recorded at Instrument No. 2014-00001477, in the records of Lafayette Parish, Louisiana, affecting the following described property located in Scott, Louisiana:

> That certain parcel of ground, together with all improvements thereon, and all rights, ways, privileges, servitudes, appurtenances and advantages thereunto belonging and all appurtenances thereof, being known and designated as LOT SIX (6) of ARDOIN ESTATES SUBDIVISION, a subdivision of the Parish of Lafayette, Louisiana on that certain plat of survey prepared by Domingue, Szabo & Associates, Inc., attached to that act recorded under Entry No. 97-19205 of the records of Lafayette Parish and made part hereof by reference, and being described with reference thereto as having such dimensions, boundaries and measurements as are more fully shown on said plat of survey.

Being the same property acquired by Johnny Michael Neucere and Sandra Ann Landry Neucere in that act dated February 12, 2001 and recorded under Entry No. 2001-5171of the records of Lafayette Parish, Louisiana.

bearing the municipal address of 129 Timmy St, Scott, Louisiana 70583.

4.

Debtor(s) executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

5.

The Debtor is in default on the obligations under the Note and Mortgage to Movant. As of January 20, 2017, the Debtor is delinquent for the months of October 1, 2016 through January 1, 2017 on the direct monthly mortgage payments of $1,565.43 each.

6.

The payoff of the subject loan as of January 20, 2017, is $244,665.98, not including attorney's fees.

7.

The value of the property as reflected by the Debtor's Schedules, and to which Creditor stipulates for purposes of this motion only, is $260,000.00. After the debtors' homestead exemption and the costs associated with the selling of said property, there is no equity in the property for the benefit of unsecured creditors.

8.

For the foregoing reasons, Movant requests that the automatic stay in this case be lifted insofar as the property described in Paragraph (3) hereof is affected thereby.

WHEREFORE, MOVANT PRAYS that after all delays have elapsed and proceedings are had, this Honorable Court enter an order terminating the automatic stay provided for by 11 U.S.C. 362(a) as to the estate of the Debtor so to allow Movant to enforce any and all rights it has in respect to the property described in Paragraph (3) herein via state court foreclosure proceedings or otherwise.

MOVANT FURTHER PRAYS:

(I) that Movant be awarded reasonable attorney's fees and costs in conjunction with the filing of this motion;

(II) that the fourteen (14) day stay of an order lifting stay as provided in Bankruptcy Rule 4001(a)(3) be waived and dispensed with;

(III) that any order remain in effect regardless of conversion to another Chapter;

(IV) that the right to file an amended unsecured claim for any deficiency is reserved;

(V) that it be permitted to contact Debtor(s) and/or Debtor's Counsel for the purpose of engaging in discussions and consideration of loss mitigation options, solutions and/or resolutions including, but not limited to, a loan modification or other loss mitigation alternatives.

DEAN MORRIS, L.L.C.
1820 Avenue of America
P. O. Box 15270
Monroe, LA  71207-5270
(318) 388-1440

/S/ Jason R. Smith
ATTORNEY FOR CREDITOR