# United States Bankruptcy Court
## Western District of Louisiana

**Judge:** Robert Summerhays, Presiding

**IN RE:** Travis James Martin
Debtor(s)

**Chapter:** 7
**Case Number:** 16–51621

## NOTICE OF MISCELLANEOUS FEES

**To: Trustee Elizabeth G. Andrus:**

The Clerk's Notice of Need to File Proof of Claim in this case was mailed on 4/11/17 to all parties on the mailing matrix.

The claims bar date was 7/12/17.

Miscellaneous costs pursuant to 28 U.S.C. §1930(b) are hereby assessed in the amount of $0.00, due upon distribution of funds.

Date: July 12, 2017

Edward A. Takara, Clerk

By: **Chrissy Fontenot**
Deputy Clerk

In re:  Case No. 16-51621-RRS  
Travis James Martin  Chapter 7  
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0536-4      User: cfontenot      Page 1 of 1      Date Rcvd: Jul 12, 2017  
                       Form ID: Lnmiscf      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2017.  
db          #+Travis James Martin,    129 Timmy Street,    Scott, LA 70583-5632

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

               ***** BYPASSED RECIPIENTS *****  
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2017                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2017 at the address(es) listed below:  
         Elizabeth G. Andrus    eandrus@andruslawfirm.com, LA15@ecfcbis.com  
         Harold L. Domingue, Jr.    on behalf of Debtor Travis James Martin hdomingue@bellsouth.net  
         Jason R. Smith    on behalf of Creditor    Wells Fargo Bank, N.A. jasonsmith@creditorlawyers.com, ljacob@creditorlawyers.com  
         Office of U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov  
         Stephen D. Wheelis    on behalf of Creditor    Ford Motor Credit Company LLC, a Delaware limited liability company steve@wheelis-rozanski.com  
                                                                                        TOTAL: 5